UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :
                                  :    **PRIOR FELONY INFORMATION**
        - v. -                    :
                                  :    S1 11 Cr. 932 (PGG)
ALEXANDER ROSARIO,                :
                                  :
        Defendant.                :
                                  :
- - - - - - - - - - - - - - - - x

The United States Attorney charges:

On or about May 7, 2002, in New York State Criminal Court, Bronx County, ALEXANDER ROSARIO, the defendant, was convicted of Attempted Criminal Sale of a Controlled Substance in the Third Degree, a Class C Felony, in violation of New York Penal Law § 220.39, for which the defendant received a sentence of 18 to 54 months' imprisonment.

Accordingly, the defendant is subject to the enhanced penalties of Title 21, United States Code, Section 841(b)(1).

(Title 21, United States Code, Section 851.)

PREET BHARARA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 03 2012