UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA          :

          -v.-                    :     S1 11 Cr. 932 (PGG)

ALEXANDER ROSARIO,                :

          Defendant.              :
------------------------------------X

The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant
Alexander Rosario

_____
Witness

_____
Counsel for Defendant
Jerrod Thompson-Hicks, Esq.

Date:   New York, New York
        October 3, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 03 2012