UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA        :

          - v -                 :        11 Cr. 932 (PGG)

**ALEXANDER ROSARIO**,          :        RECOMMENDATION

                                :
          Defendant.
------------------------------X

Upon the application of the above-captioned defendant, **ALEXANDER ROSARIO**, by and through his attorney, Robert M. Baum, Esq. of the Federal Defender Office, and without opposition from the Government;

**IT IS RECOMMENDED** that the Federal Bureau of Prisons transfer **ALEXANDER ROSARIO**, Register Number 66012-054, from his current location, to the Metropolitan Detention Center, Brooklyn, New York, because of danger to him from other inmates related to the above captioned case for which he was sentenced.

                                        SO ORDERED:

                                        _____
                                        **HONORABLE PAUL G. GARDEPHE**
                                        United States District Judge

Dated: March 3 , 2020